**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 40 EAL 2018
                                :
                  Respondent    :
                                :
                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
            v.                  :
                                :
                                :
HAKIM BEY,                      :
                                :
                  Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.